(Reap. Dec. 10341)

WHEEL CRAFT, INC. *v.* UNITED STATES

Entry Nos. 6838; 12819; 16510.

(Decided September 27, 1962)

*Stein & Shostak* for the plaintiff.
*Joseph D. Guilfoyle,* Acting Assistant Attorney General, for the defendant.

RICHARDSON, Judge: Counsel for the parties have submitted the appeals for reappraisement enumerated in the attached schedule for decision upon a stipulation, reading as follows:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties hereto, subject to the approval of the Court, that the merchandise covered by the appeals for reappraisement enumerated in the attached Schedule of Cases, consists of bicycles exported from England.

IT IS FURTHER STIPULATED AND AGREED that the bicycle lamps or lights which are incorporated into the bicycles are supplied by the seller of the bicycles and that their value is included within the invoice unit values of the bicycles.

IT IS FURTHER STIPULATED AND AGREED that at the time of exportation of the instant merchandise to the United States, the prices at which such or similar merchandise was freely offered for sale to all purchasers in the principal market of the country from which exported, in the usual wholesale quantities and in the ordinary course of trade, for export to the United States, including the cost of all containers and coverings of whatever nature, and all costs, charges and expenses incident to placing the merchandise in condition, packed ready for shipment to the United States were the invoiced unit values, net packed.

IT IS FURTHER STIPULATED AND AGREED that the merchandise the subject of this stipulation is not included in the list of articles designated by the Secretary of the Treasury in T.D. 54521, as provided for in Sec. 6(a) of the Customs Simplification Act of 1956, Public Law 927, 84th Congress, and that said merchandise is subject to appraisement under Sec. 402 of the Tariff Act of 1930 as amended by the Customs Simplification Act of 1956.

On the agreed facts, I find that export value, as that value is defined in 19 U.S.C.A., section 1401a(b) (section 402(b), Tariff Act of 1930, as amended by Customs Simplification Act of 1956), is the proper basis for the determination of the value of said merchandise and that the respective invoice unit prices, net, packed, represent said export values.

Judgment will be entered accordingly.